AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
NORTHERN District of OHIO

FILED
FEB 24 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

WALTER R. CAVENDER
Petitioner
v.

WARDEN IAN HEALY
Respondent
(name of warden or authorized person having custody of petitioner)

Case No. 4:25CV00364
(Supplied by Clerk of Court)

JUDGE RUIZ

MAG JUDGE ARMSTRONG

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: WALTER RAY CAVENDER
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: FSL-ELKTON
   (b) Address: PO BOX 10, LISBON, OH 44432
   (c) Your identification number: 15269-088
3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
     If you are currently serving a sentence, provide:
     (a) Name and location of court that sentenced you: USDC, SOUTHERN DISTRICT OF WEST VIRGINIA, Huntington, WV
     (b) Docket number of criminal case: 3:18-254
     (c) Date of sentencing: 1/21/2020
   ☐ Being held on an immigration charge
   ☐ Other (explain):

Page 1

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: BOP Unit Team denial of my 3/17/2025 halfway house date.

   (b) Docket number, case number, or opinion number: REMEDY ID: 1223198-F1

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): BOP Unit Team's denial of my 3/17/2025 RRC placement. The response to my administrative remedy request signed by Warden Healy on 1/24/2025 identifies a RRC placement date of 3/17/2025, yet Unit Team is ignoring this directive and instead has set a later date

   (d) Date of the decision or action: 1/25/2025

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes  ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: Warden Ian Healy

   (2) Date of filing: 12/13/2024

   (3) Docket number, case number, or opinion number: REMEDY ID: 1223198-F1

   (4) Result: Warden Healy identified a new RRC placement date of 3/17/2025

   (5) Date of result: 1/24/2025

   (6) Issues raised: Unit Team's denial of my earned RRC placement date of 12/19/2024. By law an inmate "shall receive all earned time credit (ETC) under the First Step Act and Second Chance Act. In October, 2024, BOP staff

Page 2

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

recommended 240-day RRC placement under the Second Chance Act and recommended he be placed in RRC on December 19, 2024. This was based on what he earned through both Second Chance Act and FSA time credits. He earned this through extensive programming.

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☒ Yes  ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: BOP Regional Administrator via the BP-10 process.

(2) Date of filing: 2/6/2025

(3) Docket number, case number, or opinion number: SAME

(4) Result: No response to date

(5) Date of result: _____

(6) Issues raised: I have earned 265 days of RRC, however the BOP Unit Team only recommended 240 days of RRC. I have received a May 20, 2025 RRC placement date even though Warden Healy, in his response to my BP-9 indicated a March 17, 2025 date. I requested to be submitted for home confinement (as perscribed in the FSA and Second Chance Act statute), and was denied. At this point, I am over 3 months past my earned RRC date.

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes  ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

Page 3

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____
_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

   (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11.   **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes        ☒ No

If "Yes," provide:

(a)   Date you were taken into immigration custody: _____
(b)   Date of the removal or reinstatement order: _____
(c)   Did you file an appeal with the Board of Immigration Appeals?

     ☐ Yes     ☐ No

     If "Yes," provide:
     (1) Date of filing: _____
     (2) Case number: _____
     (3) Result: _____
     (4) Date of result: _____
     (5) Issues raised: _____

(d)   Did you appeal the decision to the United States Court of Appeals?

     ☐ Yes     ☐ No

     If "Yes," provide:
     (1) Name of court: _____
     (2) Date of filing: _____
     (3) Case number: _____
     (4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes  ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____

_____

_____

_____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** I was recommended for RRC placement beginning on December 19, 2024 but was denied due to "no bed space". I was assigned a May, 2025 date after being denied home confinement as allowed by the statute.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
An inmate "shall" receive all earned time credits he has earned from both the FSA

Page 6

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

second chance act. The BOP has the authority to transfer me immediately to home confinement or supervised release if there is "no bed space" available at the RRC

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes  ☐ No

GROUND TWO: Unit Team is violating Warden Healy's directive that I be placed in RRC on March 17, 2025 as indicated in his 1/24/2025 response to my BP-9.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I have initiated the administrative remedy process. In the Warden's response to my BP-9, he stated that I have been approved for a March 17, 2025 RRC placement date. Case Manager Platt is ignoring this directive and is only approving a May 20, 2025 date.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes  ☐ No

GROUND THREE: BOP Unit Team has deprived me of 25 days of RRC placement.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
According to my FSA time credit calculation time sheet, I have earned 265 days of RRC placement. However, BOP unit team staff only recommended 240 days of RRC placement, thus depriving me of 25 days of RRC placement or home confinement.

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes  ☐ No

Page 7

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR: _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____

_____

**Request for Relief**

15. State exactly what you want the court to do: <u>Direct the BOP to either honor the March 17, 2025 RRC placement date OR, in the alternative direct the BOP to transfer me to home confinement to serve my remaining sentence as allowed for and encouraged by the statute.</u>

Page 8

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

February 13, 2025

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 2-12-25

_Walter R Lawrence_
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

Page 9