# FSA Time Credit Assessment
Register Number:15269-088, Last Name:CAVENDER

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| Register Number....: 15269-088<br>Inmate Name<br>  Last.............: CAVENDER<br>  First............: WALTER<br>  Middle...........: RAY<br>  Suffix...........:<br>Gender.............: MALE<br>Start Incarceration: 01-21-2020 | Responsible Facility: ELK<br>Assessment Date.....: 12-03-2024<br>Period Start/Stop...: 01-31-2020 to 12-03-2024<br>Accrued Pgm Days....: 1750<br>Disallowed Pgm Days.: 18<br>FTC Towards RRC/HC..: 265<br>FTC Towards Release.: 365<br>Apply FTC to Release: Yes |

```
Start        Stop         Pgm Status    Pgm Days
01-31-2020   06-14-2023   accrue        1230
  Accrued Pgm Days...: 1230
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 410
------------------------------------------------------------------------------
Start        Stop         Pgm Status    Pgm Days
06-14-2023   06-26-2023   disallow      12
  Not in qualifying admit status.
    Facility  Category   Assignment   Start              Stop
    A01       ARS        A-ADMIT      06-13-2023 07:04   06-13-2023 16:10
    GIL       ARS        TRANSFER     06-13-2023 07:04   06-13-2023 07:04
    OKL       ARS        A-BOP HLD    06-13-2023 15:10   06-26-2023 07:30
    A01       ARS        RELEASE      06-13-2023 16:10   06-13-2023 16:10
------------------------------------------------------------------------------
Start        Stop         Pgm Status    Pgm Days
06-26-2023   02-07-2024   accrue        226
  Accrued Pgm Days...: 226
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 70
------------------------------------------------------------------------------
Start        Stop         Pgm Status    Pgm Days
02-07-2024   08-28-2024   accrue        203
  Accrued Pgm Days...: 203
  Carry Over Pgm Days: 16
  Time Credit Factor.: 15
  Time Credits.......: 105
------------------------------------------------------------------------------
Start        Stop         Pgm Status    Pgm Days
08-28-2024   09-03-2024   disallow      6
```

## FSA Time Credit Assessment
Register Number:15269-088, Last Name:CAVENDER

U.S. DEPARTMENT OF JUSTICE                                         FEDERAL BUREAU OF PRISONS

Not in qualifying admit status.

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| FTD | ARS | TRANSFER | 08-27-2024 10:51 | 08-27-2024 10:51 |
| B15 | ARS | A-ADMIT | 08-27-2024 10:51 | 08-27-2024 17:30 |
| LEW | ARS | A-BOP HLD | 08-27-2024 17:30 | 09-03-2024 05:55 |
| B15 | ARS | RELEASE | 08-27-2024 17:30 | 08-27-2024 17:30 |

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 09-03-2024 | 12-03-2024 | accrue | 91 |

Accrued Pgm Days...: 91
Carry Over Pgm Days: 9
Time Credit Factor.: 15
Time Credits.......: 45

--- FSA Assessment(s) ---

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|---|---|---|---|---|
| 001 | 01-31-2020 | 02-28-2020 | R-MED | 04-28-2021 09:15 | 10 |
| 002 | 02-28-2020 | 08-26-2020 | R-MED | 04-28-2021 09:15 | 10 |
| 003 | 08-26-2020 | 02-22-2021 | R-MED | 04-28-2021 09:15 | 10 |
| 004 | 02-22-2021 | 08-21-2021 | R-MED | 04-28-2021 09:15 | 10 |
| 005 | 08-21-2021 | 02-17-2022 | R-MED | 04-28-2021 09:15 | 10 |
| 006 | 02-17-2022 | 08-16-2022 | R-MED | 04-28-2021 09:15 | 10 |
| 007 | 08-16-2022 | 02-12-2023 | R-MED | 04-28-2021 09:15 | 10 |
| 008 | 02-12-2023 | 08-11-2023 | R-LW | 11-28-2022 07:42 | 10 |
| 009 | 08-11-2023 | 02-07-2024 | R-LW | 05-16-2023 12:14 | 10 |
| 010 | 02-07-2024 | 08-05-2024 | R-LW | 10-04-2023 08:07 | 15 |
| 011 | 08-05-2024 | 02-01-2025 | R-LW | 06-24-2024 08:51 | 15 |

```
                          FSA Time Credit Assessment
                     Register Number:15269-088, Last Name:CAVENDER
U.S. DEPARTMENT OF JUSTICE                                FEDERAL BUREAU OF PRISONS
```

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
All conditional days and conditional dates below are the individual's best case scenario
given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of
12-03-2024. These dates can change if there are changes to one or more of the following: the
individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
OF 365 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
(a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
(5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---

Projected Release Date: 09-05-2027
Projected Release Method: GCT REL
FSA Projected Release Date: 09-05-2026
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 09-05-2026
SCA Conditional Placement Days: 365*
SCA Conditional Placement Date: 09-05-2025*
FSA Conditional Placement Days: 385
FSA Conditional Placement Date: 08-16-2025
Conditional Transition To Community Date: 08-16-2024*

*Default SCA conditional placement days. This requires a five-factor review!

```
12-03-2024                              (3)                        Assessment# -2144006511
```